**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 7:12-6-KKC-7** |
| Plaintiff, | |
| V. | **ORDER** |
| **RENY WRIGHT,** | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on an amended recommended disposition (DE 643) in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of her supervised release. No party has filed objections to the recommendation; however, the defendant has not waived her right to appear before the district judge, to make a statement, and to present mitigating information.

Accordingly, the Court hereby ORDERS that the amended recommended disposition (DE 643) is ADOPTED to the extent of the Magistrate Judge's determination that the violations of supervision occurred. The original recommended disposition (DE 641) is DENIED AS MOOT. This matter SHALL come before the Court for a final hearing on JANUARY 11, 2022 at the hour of 2:00 p.m. in LEXINGTON, for purposes of allocution and sentencing.

This 3rd day of January, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY